FILED: May 22, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1972 (L)
(1:14-cv-01611-LO-JFA)

_____

BMG RIGHTS MANAGEMENT (US) LLC

        Plaintiff - Appellee

 and

ROUND HILL MUSIC LP

        Plaintiff

v.

COX COMMUNICATIONS, INCORPORATED; COXCOM, LLC

        Defendants - Appellants

 and

COX ENTERPRISES, INC.; COXCOM, INC., d/b/a Cox Communications of Northern Virginia; JOHN DOE 2, IP Subscriber 174.65.175.31

        Defendants

RIGHTSCORP, INC.

        Party-in-Interest

-------------------------------------------

AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF AMERICAN

UNIVERSITIES; EDUCAUSE; AMERICAN LIBRARY ASSOCIATION; ASSOCIATION OF RESEARCH LIBRARIES; ASSOCIATION OF COLLEGE AND RESEARCH LIBRARIES; AMERICAN INDIAN HIGHER EDUCATION CONSORTIUM; APPA: LEADERSHIP IN EDUCATIONAL FACILITIES; NATIONAL ASSOCIATION OF COLLEGE AND UNIVERSITY BUSINESS OFFICERS; THURGOOD MARSHALL COLLEGE FUND; ASSOCIATION OF CATHOLIC COLLEGES AND UNIVERSITIES; NATIONAL ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES; PUBLIC KNOWLEDGE; ELECTRONIC FRONTIER FOUNDATION; CENTER FOR DEMOCRACY & TECHNOLOGY

   Amici Curiae

and

CONSUMER TECHNOLOGY ASSOCIATION; COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION; UNITED STATES TELECOM ASSOCIATION; AMERICAN CABLE ASSOCIATION; INTERNET COMMERCE COALITION

   Amici Supporting Appellant

RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC.; THE COPYRIGHT ALLIANCE; NATIONAL MUSIC PUBLISHERS' ASSOCIATION; NASHVILLE SONGWRITERS ASSOCIATION INTERNATIONAL; MOTION PICTURE ASSOCIATION OF AMERICA, INC.

   Amici Supporting Appellee

------

O R D E R

------

 The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

 Supplemental Appendix due: 06/28/2017

Supplemental Opening brief due: 06/28/2017

Supplemental Opening/response brief due: 07/28/2017

Response/reply brief due: 08/28/2017

Any reply brief: 14 days from service of response/reply brief.

                                                For the Court--By Direction

                                                <u>/s/ Patricia S. Connor, Clerk</u>